# EXHIBIT A

**EXHIBIT A**

FILED
DATE: September 23, 2024
TIME: 12:54:53 PM
DURHAM COUNTY
CLERK OF SUPERIOR COURT
BY: taner, emre

NORTH CAROLINA SUPERIOR COURT
COUNTY OF DURHAM

DANIELLE HATCH

      Plaintiff,

vs.

      Defendant

AT&T

Case No.: **24CV008487-310**

PAUPER

COMPLAINT for MALICIOUS PROSECUTION, SLANDER, LIBEL AND INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS.

COMES NOW Plaintiff DANIELLE HATCH, Petitioner herein, pro se respectfully petitions . The petition alleges and states the following,

(a) THAT NC GENERAL STATUES §1-75.4 recognizes that North Carolina Courts are the proper venue for this motion and has personal jurisdiction over the matter.

1. Plaintiff Danielle Hatch is a resident of Durham County who, at all times relevant to this Complaint, has suffered harm as a direct result of Defendants' actions.

2. Defendant AT&T, Inc.is a telecommunications company headquartered in Dallas, Texas, and conducting business in North Carolina. At all times relevant, AT&T acted through its agents, employees, and representatives,

FACTUAL BACKGROUND

5. On or about 12/23/2023 Defendant AT&T, acting through its agents, wrongfully accused Plaintiff Danielle Hatch of Identity Theft of namely Marcie Davis and Obtaining Property Under False Pretenses.

6. AT&T initiated criminal charges against Plaintiff, despite having no probable cause to believe Plaintiff had committed the alleged crimes

7. Plaintiff was subsequently arrested based on the charges filed by AT&T, leading to her public humiliation. Plaintiff's arrest was publicized, including the publication of her mugshot online and in the media thereby subjecting her to irreversible widespread slander and libel.

8. The criminal charges filed by AT&T were eventually dismissed and the Court found there was no probable cause to support the allegations.

9. As a result of her wrongful arrest, Plaintiff suffered from severe emotional distress, including a panic attack upon her arrest that required her to be hospitalized for anxiety and trauma.

10. Plaintiff was also forced to pay a bond to secure her release, which created a significant financial burden during a time of financial hardship. Plaintiff suffered financial losses, including but not limited to loss of income, fees, and bond payment.

11. The wrongful charges and malicious actions of AT&T caused Plaintiff irreparable harm, including reputational damages, emotional distress, and financial losses.

12. Plaintiff has endured public embarrassment and continues to suffer from the emotional and psychological effects of the arrest and the malicious prosecution by AT&T.

CLAIMS FOR RELIEF

COUNT ONE: MALICIOUS PROSECUTION

13. Plaintiff incorporates the allegations contained in paragraphs 1-12 as though fully set forth herein.

14. Defendant AT&T maliciously initiated criminal charges against Plaintiff without probable cause, causing her to suffer arrest, detention, and the resulting emotional, mental and financial harm

15. The charges were dismissed, and the proceedings terminated in favor of Plaintiff.

16. As a direct and proximate result of Defendant's malicious prosecution, Plaintiff has suffered significant emotional distress, reputational harm, and financial losses.

COUNT TWO: SLANDER AND LIBEL

17. Plaintiff incorporates the allegations contained in paragraphs 1-12 as though fully set forth herein.

18. Defendant AT&T, through its agents, falsely accused Plaintiff of criminal conduct, publishing these accusations both verbally and in written form.

19. The publication of Plaintiff's mugshot and the allegations against her constitutes libel and slander, causing damage to Plaintiff's reputation and public image.

20. Defendant's false accusations were widely disseminated, leading to Plaintiff's public embarrassment and reputational damage.

21. As a result of Defendant's actions, Plaintiff has suffered and continues to suffer emotional distress, embarrassment, and economic losses.

COUNT THREE: INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

22. Plaintiff incorporates the allegations contained in paragraphs 1-12 though fully set forth herein.

23. Defendant AT&T's actions, including falsely accusing Plaintiff of criminal conduct, initiating a wrongful prosecution, and causing Plaintiff's public embarrassment, were intentional, outrageous, and reckless.

24. As a direct and proximate result of Defendant's conduct, Plaintiff has suffered severe emotional distress, including anxiety, panic attacks, and the need for medical treatment.

COUNT FOUR: NEGLIGENCE

25. Plaintiff incorporates the allegations contained in paragraphs 1-12 as though fully set forth herein.

26. Defendant AT&T owed a duty of care to Plaintiff to refrain from filing false and baseless criminal charges without probable cause.

27. Defendant breached that duty by negligently filing false charges against Plaintiff, resulting in her wrongful arrest and the harm she suffered.

28. As a result of Defendant's negligence, Plaintiff has suffered emotional, reputational, and financial harm.

DAMAGES

29. As a direct and proximate result of Defendant AT&T's actions, Plaintiff has suffered and continues to suffer from (a)- Emotional distress and psychological trauma, including anxiety and depression- Public humiliation, slander, and damage to her reputation;

(b)  - Financial losses, including bond payments, legal fees, and loss of income and opportunities that led to homelessness for plaintiff an her children.

(c) -  Physical pain and suffering from her arrest and subsequent hospitalization.

30. Plaintiff seeks **Three Million Dollars ($3,000,000)** in compensatory and punitive damages for the emotional, mental  reputational, and financial harm caused by Defendant's actions.

WHEREFORE, Plaintiff Danielle Hatch respectfully requests that this Court enter judgment against Defendant AT&T, Inc., and award the following relief:

1.Compensatory damages in the amount of Three Million Dollars ($3,000,000);

2. Punitive damages as allowed by law;

3. Any further relief this Court deems just and proper.

Respectfully submitted, this the 24 day of September, 2024

DANIELLE HATCH

BY: *Danielle Hatch*

201 Residence Inn Blvd. Suite 922
Durham, NC 27713

TELEPHONE: 332-207-6026

FILED
DATE: September 23, 2024
TIME: 1:05:38 PM

24CV008487-310

DURHAM COUNTY
CLERK OF SUPERIOR COURT
BY: taner, emre

**STATE OF NORTH CAROLINA**

_Durham_ County

File No. __24CV008487-310__

In The General Court Of Justice
☐ District ☑ Superior Court Division

Name And Address Of Plaintiff 1
Danielle Hatch
201 Residence Inn Blvd Suite 922
Durham, NC 27715

Name And Address Of Plaintiff 2

# GENERAL
## CIVIL ACTION COVER SHEET
☑ INITIAL FILING    ☐ SUBSEQUENT FILING

Rule 5(b) of the General Rules of Practice for the Superior and District Courts

**VERSUS**

Name And Address Of Attorney Or Party, If Not Represented
(complete for initial appearance or change of address)

Name And Address Of Defendant 1
AT&T, INC
(CT corporation system (Registered Agent)
160 Mine Lake RD Suite 1200
Raleigh, NC 27615

Summons Submitted
☐ Yes  ☐ No

Telephone No.

Cellular Telephone No.

NC Attorney Bar No.

Attorney Email Address

Name And Address Of Defendant 2

☐ Initial Appearance in Case    ☐ Change of Address

Name Of Firm

Fax No.

Summons Submitted
☐ Yes  ☐ No

Counsel For
☐ All Plaintiffs  ☐ All Defendants  ☐ Only: (list party(ies) represented)

☐ Jury Demanded In Pleading    ☐ Complex Litigation    ☐ Stipulate to Arbitration

## TYPE OF PLEADING
(check all that apply)

☐ Amend (AMND)
☐ Amended Answer/Reply (AMND-Response)
☐ Amended Complaint (AMND)
☐ Assess Costs (COST)
☐ Answer/Reply (ANSW-Response) (see Note)
☐ Change Venue (CHVN)
☑ Complaint (COMP)
☐ Confession Of Judgment (CNFJ)
☐ Consent Order (CONS)
☐ Consolidate (CNSL)
☐ Contempt (CNTP)
☐ Continue (CNTN)
☐ Compel (CMPL)
☐ Counterclaim (CTCL) Assess Court Costs
☐ Crossclaim (list on back) (CRSS) Assess Court Costs
☐ Dismiss (DISM) Assess Court Costs
☐ Exempt/Waive Mediation (EXMD)
☐ Extend Statute of Limitations, Rule 9 (ESOL)
☐ Extend Time For Complaint (EXCO)
☐ Failure To Join Necessary Party (FJNP)

☐ Failure To State A Claim (FASC)
☐ Implementation Of Wage Withholding In Non-IV-D Cases (OTHR)
☐ Improper Venue/Division (IMVN)
☐ Including Attorney's Fees (ATTY)
☐ Intervene (INTR)
☐ Interplead (OTHR)
☐ Lack Of Jurisdiction (Person) (LJPN)
☐ Lack Of Jurisdiction (Subject Matter) (LJSM)
☐ Modification Of Child Support In IV-D Actions (MSUP)
☐ Notice Of Dismissal With Or Without Prejudice (VOLD)
☐ Petition To Sue As Indigent (OTHR)
☐ Rule 12 Motion In Lieu Of Answer (MDLA)
☐ Sanctions (SANC)
☐ Set Aside (OTHR)
☐ Show Cause (SHOW)
☐ Transfer (TRFR)
☐ Third Party Complaint (list Third Party Defendants on back) (TPCL)
☐ Vacate/Modify Judgment (VCMD)
☐ Withdraw As Counsel (WDCN)
☐ Other (specify and list each separately)

**NOTE:** All filings in civil actions shall include as the first page of the filing a cover sheet summarizing the critical elements of the filing in a format prescribed by the Administrative Office of the Courts, and the Clerk of Superior Court shall require a party to refile a filing which does not include the required cover sheet. For subsequent filings in civil actions, the filing party must include either a General Civil (AOC-CV-751), Motion (AOC-CV-752), or Court Action (AOC-CV-753) cover sheet.

(Over)

AOC-CV-751, Rev. 3/19, © 2019 Administrative Office of the Courts

## CLAIMS FOR RELIEF

| | | |
|---|---|---|
| ☐ Administrative Appeal (ADMA) | ☐ Limited Driving Privilege - Out-Of-State Convictions (PLDP) | ☐ Product Liability (PROD) |
| ☐ Appointment Of Receiver (APRC) | | ☐ Real Property (RLPR) |
| ☐ Attachment/Garnishment (ATTC) | ☐ Medical Malpractice (MDML) | ☐ Specific Performance (SPPR) |
| ☐ Claim And Delivery (CLMD) | ☐ Minor Settlement (MSTL) | ☐ Other (specify and list each separately) |
| ☐ Collection On Account (ACCT) | ☐ Money Owed (MNYO) | |
| ☐ Condemnation (CNDM) | ☐ Negligence - Motor Vehicle (MVNG) | |
| ☐ Contract (CNTR) | ☐ Negligence - Other (NEGO) | |
| ☐ Discovery Scheduling Order (DSCH) | ☐ Motor Vehicle Lien G.S. Chapter 44A (MVLN) | |
| ☐ Injunction (INJU) | ☐ Possession Of Personal Property (POPP) | |

| Date | Signature Of Attorney/Party |
|---|---|
| | |

**FEES IN G.S. 7A-308 APPLY**
Assert Right Of Access (ARAS)
Substitution Of Trustee (Judicial Foreclosure) (RSOT)
Supplemental Procedures (SUPR)

**PRO HAC VICE FEES APPLY**
Motion For Out-Of-State Attorney To Appear In NC Courts In A Civil Or Criminal Matter (Out-Of-State Attorney/Pro Hac Vice Fee)

| No. | ☐ Additional Plaintiff(s) |
|---|---|
| | |
| | |
| | |
| | |
| | |

| No. | ☐ Additional Defendant(s)   ☐ Third Party Defendant(s) | Summons Submitted |
|---|---|---|
| | | ☐ Yes ☐ No |
| | | ☐ Yes ☐ No |
| | | ☐ Yes ☐ No |
| | | ☐ Yes ☐ No |
| | | ☐ Yes ☐ No |

*Plaintiff(s) Against Whom Counterclaim Asserted*

| |
|---|
| |
| |
| |

*Defendant(s) Against Whom Crossclaim Asserted*

| |
|---|
| |
| |
| |

AOC-CV-751, Side Two, Rev. 3/19
© 2019 Administrative Office of the Courts

# STATE OF NORTH CAROLINA

**Durham** County

File No. **24CV008487-310**

In The General Court Of Justice
☐ District ☐ Superior Court Division

**Name Of Plaintiff**
Danielle Hatch
**Address**
201 Residence Inn Blvd Suite 922
**City, State, Zip**
Durham, NC 27713

**CIVIL SUMMONS**

☐ ALIAS AND PLURIES SUMMONS (ASSESS FEE)

**VERSUS**

G.S. 1A-1, Rules 3 and 4

**Name Of Defendant(s)**
AT&T INC.
CT Corporation System (Registered agent)
160 Mine Lake RD Suite 200
Raleigh, NC 27615

**Date Original Summons Issued**

**Date(s) Subsequent Summons(es) Issued**

**To Each Of The Defendant(s) Named Below:**

| Name And Address Of Defendant 1 | Name And Address Of Defendant 2 |
|---|---|
| AT&T INC. CT Corporation System (Registered agent) 160 Mine Lake RD Suite 200 Raleigh, NC 27615 | |

⚠️ **IMPORTANT! You have been sued!** These papers are legal documents, DO NOT throw these papers out! You have to respond within 30 days. You may want to talk with a lawyer about your case as soon as possible, and, if needed, speak with someone who reads English and can translate these papers!

**¡IMPORTANTE!** ¡Se ha entablado un proceso civil en su contra! Estos papeles son documentos legales. ¡NO TIRE estos papeles!
Tiene que contestar a más tardar en 30 días. ¡Puede querer consultar con un abogado lo antes posible acerca de su caso y, de ser necesario, hablar con alguien que lea inglés y que pueda traducir estos documentos!

**A Civil Action Has Been Commenced Against You!**

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| Name And Address Of Plaintiff's Attorney (if none, Address Of Plaintiff) | Date Issued | Time |
|---|---|---|
| Danielle Hatch 201 Residence Inn Blvd Suite 922 Durham, NC 27713 | 9/23/2024 | 1:03:33 PM ☐ AM ☐ PM |
| | **Signature** *Emre Taner* | |
| | ☒ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court | |

| ☐ **ENDORSEMENT (ASSESS FEE)** This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days. | Date Of Endorsement | Time |
|---|---|---|
| | | ☐ AM ☐ PM |
| | **Signature** | |
| | ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court | |

**NOTE TO PARTIES:** Many counties have *MANDATORY ARBITRATION* programs in which most cases where the amount in controversy is $25,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.

(Over)

AOC-CV-100, Rev. 12/23
© 2023 Administrative Office of the Courts

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Time Served | ☐ AM  ☐ PM | Name Of Defendant |
|---|---|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

☐ Acceptance of service.
Summons and complaint received by: ☐ Defendant 1.
☐ Other: *(type or print name)*

| Date Accepted | Signature |
|---|---|

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

### DEFENDANT 2

| Date Served | Time Served | ☐ AM  ☐ PM | Name Of Defendant |
|---|---|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

☐ Acceptance of service.
Summons and complaint received by: ☐ Defendant 2.
☐ Other: *(type or print name)*

| Date Accepted | Signature |
|---|---|

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

| Service Fee Paid | Signature Of Deputy Sheriff Making Return |
|---|---|
| $ | |
| Date Received | Name Of Sheriff (type or print) |
| Date Of Return | County Of Sheriff |

AOC-CV-100, Side Two, Rev. 12/23
© 2023 Administrative Office of the Courts

**STATE OF NORTH CAROLINA** DURHAM COUNTY

Durham County

CLERK OF SUPERIOR COURT
BY: taner, emre

File No. 24CV008487-310

In The General Court Of Justice
☐ District ☐ Superior Court Division

Name Of Plaintiff
Danielle HatcH

**VERSUS**

Name Of Defendant
AT&T INC. (CT Corporation System)

**PETITION TO PROCEED AS AN INDIGENT**

G.S. 1-110; 7A-228

## AFFIDAVIT

*(check one of the four boxes below)*

☐ **Petition To Assert Claims** - As a party in the above entitled action, I affirm that I am financially unable to advance the required costs for the prosecution of the claims I have asserted. Therefore, I now petition the Court for an order allowing me to assert my claims as an indigent.

  ☐ I am an inmate in the custody of the Division of Prisons of the Department of Adult Correction.
  **(NOTE TO CLERK:** *If this block is checked, this Petition must be submitted to a Superior Court Judge for disposition provided on the reverse.)*

☑ **Petition To File Motions** - As a party in the above entitled action, I affirm that I am financially unable to advance the required costs to file a notice of hearing on a motion. Therefore, I now petition the Court for an order allowing me to file my motion as an indigent.

☐ **Petition To Appeal** - As the individual appellant in the above entitled small claims action, I affirm that I am financially unable to pay the cost for the appeal of this action from small claims to district court. Therefore, I now petition the Court for an order allowing me to appeal this action to district court as an indigent.

☐ **Petition To File Expunction Petition** - As the petitioner in the above entitled action, I affirm that I am financially unable to advance the required costs to file an expunction petition. Therefore, I now petition the Court for an order allowing me to file my expunction petition as an indigent.

*(check one or more of the boxes below as applicable)*

☑ I am presently a recipient of

  ☑ Supplemental Nutrition Assistance Program (SNAP/food stamps). ☐ Temporary Assistance for Needy Families (TANF).

  ☐ Supplemental Security Income (SSI).

☐ I am represented by a legal services organization that has as its primary purpose the furnishing of legal services to indigent persons, or I am represented by private counsel working on behalf of such a legal services organization. *(Attach a letter from your legal services attorney or have your attorney sign the certificate below.)*

☐ Although I am not a recipient of SNAP/food stamps, TANF, or SSI, nor am I represented by legal services, I am financially unable to advance the costs of DURHAM COUNTY appeal.

| SWORN/AFFIRMED AND SUBSCRIBED TO BEFORE ME | Date 9-23-24 |
|---|---|
| Date 9/23/2024 1:01:07 PM | Signature Emre Taner | Signature Of Petitioner Danielle Hatott |
| Title Of Person Authorized To Administer Oaths DeputyCSC | Name And Address Of Petitioner (type or print) Danielle HatcH 201 Residence Inn BlVD 922 Durham, NC 27713 |
| **SEAL** Date Commission Expires | |

## CERTIFICATE OF LEGAL SERVICES/PRO BONO REPRESENTATION

I certify that the above named petitioner is represented by a legal services organization that has as its primary purpose the furnishing of legal services to indigent persons or is represented by private counsel working on behalf of or under the auspices of such legal services organization.

| Date | Signature |
|---|---|

Name And Address (type or print)

## ORDER

Based on the Affidavit appearing above, it is ORDERED that:

☑ the petitioner is authorized to assert claims, to appeal, or file notices of hearing or petitions in this action as an indigent.

☐ the petition is denied.

| Date 9-23-24 | Signature | ☑ Assistant CSC ☐ Judge | ☐ Clerk Of Superior Court ☐ Magistrate (for appeal only) |
|---|---|---|---|

**NOTE TO CLERK:** *If the petitioner is NOT a recipient of SNAP/food stamps, TANF, SSI or is NOT represented by legal services or a private attorney on behalf of legal services, you may ask for additional financial information to determine whether the petitioner is unable to pay the costs.*

(Over)

AOC-G-106, Rev. 1/23, © 2023 Administrative Office of the Courts

## ORDER - DIVISION OF PRISONS INMATES

The undersigned superior court judge of this district finds that the petitioner is an inmate in the custody of the Division of Prisons of the Department of Adult Correction and that the complaint

☐ is not frivolous.

☐ is frivolous.

It is ORDERED that

☐ the petitioner is authorized to sue in this action as an indigent.

☐ the petitioner is not authorized to sue as an indigent.

☐ the action is dismissed.

| Date | Name Of Superior Court Judge (type or print) | Signature Of Superior Court Judge |
|------|----------------------------------------------|-----------------------------------|
|      |                                              |                                   |

## CERTIFICATION

I certify that this Petition has been served on the party named by depositing a copy in a post-paid properly addressed envelope in a post office or official depository under the exclusive care and custody of the United States Postal Service.

| Date | Signature | ☐ Deputy CSC | ☐ Assistant CSC | ☐ Clerk Of Superior Court |
|------|-----------|--------------|-----------------|---------------------------|
|      |           |              |                 |                           |

**NOTE:** *G.S. 1-110(b) provides: "The clerk of superior court shall serve a copy of the order of dismissal upon the prison inmate."*

AOC-G-106, Side Two, Rev. 1/23
© 2023 Administrative Office of the Courts

# STATE OF NORTH CAROLINA

Durham _____ County

File No. 24CV008487-310

In The General Court Of Justice
☐ District   ☑ Superior Court Division

Name Of Plaintiff(s)
Danielle Hatch

**VERSUS**

Name Of Defendant
AT&T

## AFFIDAVIT OF SERVICE OF PROCESS BY
☑ **REGISTERED MAIL**
☑ **CERTIFIED MAIL**
☐ **DESIGNATED DELIVERY SERVICE**
G.S. 1-75.10(a)(5), (a)(6); 1A-1, Rule 4(j2)

I, the undersigned, did mail by  ☑ registered mail (return receipt requested),  ☑ certified mail (return receipt requested),
☐ designated delivery service (delivery receipt requested),

a copy of the summons and complaint  ☐ and other document(s) *(list)* _____

in the above captioned action to *(name of person to be served)*  CT Corporation System ,
addressed as follows:  160 MINE LAKE CT Suite 200
Raleigh, NC 27615

Further, that copies of the summons and complaint  ☐ and the above listed other document(s) *(check, if applicable)*  were in fact
received by the defendant on *(date of receipt)*  9/30/ 2024 , as evidenced by the attached original receipt.
*(Attach original receipt or electronic proof of signature confirmation to this affidavit.)*

| SWORN/AFFIRMED AND SUBSCRIBED TO BEFORE ME | Signature Of Plaintiff/Attorney  Danielle Hatch |
|---|---|

Date  10/08/2024

Signature Of Person Authorized To Administer Oaths

Title Of Person Authorized To Administer Oaths
NOTARY PUBLIC

☑ Notary

Date My Commission Expires
02/17/2027

**SEAL**

County Where Notarized
Durham

Name (type or print)
Danielle Hatch

ADRIAN F HOYOS
NOTARY PUBLIC
DURHAM COUNTY, NC

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
   so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
   or on the front if space permits.

1. Article Addressed to:
   CT Corporation System
   160 Mine LAKE CT
   Suite 200
   Raleigh, NC 27615

9590 9402 8935 4064 6084 32

2. Article Number *(Transfer from service label)*
9589 0710 5270 2104 1814 60

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Marvin Ayala
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*
SEP 30 2024

C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted
   Delivery
☐ Signature Confirmation™
☐ Signature Confirmation
   Restricted Delivery

Domestic Return Receipt

FILED
DATE: October 8, 2024
TIME: 4:47:39 PM
DURHAM COUNTY
CLERK OF SUPERIOR COURT
BY: Gilliam, Jane